and Athletic Footwear Association for leave to file briefs as *amici curiae* granted. Certiorari denied. 

No. 93–85. WHEELABRATOR CORP. *v.* BIDLACK ET AL. C. A. 7th Cir. Motion of American Automobile Manufacturers Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 93–123. VASQUEZ, WARDEN *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (MURTISHAW, REAL PARTY IN INTEREST). C. A. 9th Cir. Motion of respondent David Leslie Murtishaw for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 93–230. MCGOWAN *v.* CROSS ET AL. C. A. 4th Cir. Motion of petitioner for award of costs and sanctions denied. Certiorari denied. 

No. 92–1590. KURZ ET AL. *v.* MAIRONE ET AL., 508 U. S. 912;
No. 92–1764. POLYAK *v.* BUFORD EVANS & SONS ET AL.; POLYAK *v.* BOSTON ET AL.; IN RE POLYAK, 508 U. S. 961; and
No. 92–7471. WILSON *v.* KENTUCKY, 507 U. S. 1034. Petitions for rehearing denied.

No. 91–1526. ALEXANDER *v.* UNITED STATES, 509 U. S. 544. Petition for rehearing denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 92–8264. PETTITT *v.* WESTPORT SAVINGS BANK ET AL., 508 U. S. 929. Motion for leave to file petition for rehearing denied.

OCTOBER 5, 1993

No. A–300. KOON *v.* UNITED STATES. Application for release on bail pending appeal, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. A–308. GUINAN *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him